IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DORIS GIBBY CAMPBELL,** | * |
| | * |
| Plaintiff, | * |
| | * |
| VS. | *    CASE NO.: CV-13-583 |
| | * |
| | * |
| **PIONEER CREDIT RECOVERY, INC.,** | * |
| | * |
| Defendant. | * |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE OF ORDER**
**AND ANNOUNCEMENT OF SETTLEMENT**

Comes now Plaintiff Doris Campbell and, by and through her undersigned attorney, provides this response to the Order dated February 21, 2014 requiring Plaintiff to show cause why a Request for Default has not been made. [Doc. 5]. Plaintiff states that she has been engaged in settlement negotiations with the Defendant and that the parties have reached a settlement. Plaintiff expects the settlement to be completed within thirty (30) days.

/s/*Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiff
Post Office Box 1206
Mobile, Alabama  36633
Telephone: (251) 432-9212
E-mail: kjr@alaconsumerlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on this 5th day of March, 2014, a true and correct copy of the foregoing pleading was electronically filed with copies to all attorneys of record.

                                        /s/*Kenneth J. Riemer*
                                        Kenneth J. Riemer