IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| DORIS GIBBY CAMPBELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 13-00583-KD-N |
| | ) | |
| PIONEER CREDIT RECOVERY, INC., | ) | |
| Defendant. | ) | |

**ORDER**

This action is before the Court on the Plaintiff's "Response to Show Cause of [sic] Order and Announcement of Settlement" (Doc. 6), in which the Plaintiff "states that she has been engaged in settlement negotiations with the Defendant and that the parties have reached a settlement. The "Plaintiff expects the settlement to be completed within thirty (30) days."

Upon consideration, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court, subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **5th** day of **March 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**